# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:20-CV-413-FDW-DCK

| | |
|---|---|
| CLEVELAND MCCRAE, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | **ORDER** |
| HAMILTON JACOBS & ASSOCIATES, ) ) | |
| Defendant. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) filed by C. Randolph Emory, concerning Jonathan B. Weiss on August 7, 2020. Jonathan B. Weiss seeks to appear as counsel *pro hac vice* for Plaintiff Cleveland McCrae. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) is **GRANTED**. Jonathan B. Weiss is hereby admitted *pro hac vice* to represent Plaintiff Cleveland McCrae.

Signed: August 7, 2020

David C. Keesler
United States Magistrate Judge